IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANCIS X. MOORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 04-10922-DPW |
| | ) |
| INTERNAL REVENUE SERVICE | ) |
| (UNITED STATES GOVERNMENT), | ) |
| | ) |
| Defendant. | ) |

ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the time in which the United States shall be permitted to serve an answer, a motion, or such other response as may be permitted by the Federal Rules of Civil Procedure, with respect to the complaint in the above-titled action is enlarged to and including August 10, 2004.

DATED:   This _____ Day of July, 2004.

_____
UNITED STATES DISTRICT JUDGE