IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANCIS X. MOORE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. 04-10922-DPW ) |
| INTERNAL REVENUE SERVICE (UNITED STATES GOVERNMENT), | ) ) ) |
| Defendant. | ) ) |

## UNITED STATES' NOTICE TO COURT THAT IT WILL NOT FILE A MOTION FOR SUMMARY JUDGMENT IN THIS MATTER

The United States, by its undersigned counsel, hereby informs this Court that it will not be filing a motion for summary judgment in this matter. Upon a thorough review of the file and the preparation of a draft motion, it appears that there very likely are genuine issues as to material facts sufficient to preclude the allowance of a motion for summary judgment.

The United States requests that this Court set a status conference to determine whether preparation for trial or participation in an alternative dispute resolution program would be the next best step.

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail on

9/2/05 - Lydia Bottome Turanchik

/s/ Lydia Bottome Turanchik
LYDIA BOTTOME TURANCHIK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6560

1342357.1