IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FRANCIS X. MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 04-10922-DPW |
| | ) | |
| INTERNAL REVENUE SERVICE (UNITED STATES GOVERNMENT), | ) ) | |
| | ) | |
| Defendant. | ) | |

## STATUS REPORT AND PROPOSED DATES

Mr. Moore initiated this refund action with respect to a small portion of the liabilities assessed against him as a responsible person for the American Legion Post #368 pursuant to 26 U.S.C. § 6672 which he paid. The United States initiated a counterclaim to reduce the unpaid § 6672 assessments in the amount of approximately $19,000.00 to judgment for the periods ending December 31, 1995. The parties completed discovery in this matter, and then moved for a stay of the proceedings to allow the Internal Revenue Service time to consider settlement of the employment tax liability with American Legion Post #368. Those discussions have ended, and Mr. Moore's liabilities remain unresolved.

Thus, the parties now propose the following dates for pre-trial memoranda and trial:

a.    Joint Pre-Trial Memorandum: October 26, 2005

b.    Final Pre-Trial Conference: November 2, 2005

1349542.1

c.    Trial Date:    November 16, 2005

The parties anticipate that trial will take approximately 1 day to complete.

RESPECTFULLY SUBMITTED,

MICHAEL J. SULLIVAN
United States Attorney

I hereby certify that a true copy of the
above document was served upon (each party
appearing pro se and) the attorney of record
for each other party by mail on

 9/12/05 - Lydia Bottome Turanchik

/s/ Lydia Bottome Turanchik
LYDIA BOTTOME TURANCHIK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-6560
Lydia.D.Bottome@usdoj.gov

- 2 -

1349542.1