IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANCIS X. MOORE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. 04-10922-DPW |
| INTERNAL REVENUE SERVICE (UNITED STATES GOVERNMENT), | ) ) ) ) |
| Defendant. | ) ) |

### UNITED STATES' NOTICE OF APPEARANCE

In addition to trial counsel Lydia Bottome Turanchik, please enter the appearance of Elizabeth Lan Davis, Trial Attorney, Tax Division, U.S. Department of Justice, Post Office Box 55, Ben Franklin Station, Washington, D.C. 20044, as attorney for the United States in the above-referenced proceeding.

RESPECTFULLY SUBMITTED,

MICHAEL J. SULLIVAN
United States Attorney

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail on

11/07/05 - Elizabeth Lan Davis

/s/ Elizabeth Lan Davis
ELIZABETH LAN DAVIS
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6550
Facsimile: (202) 514-5238
Elizabeth.Lan@usdoj.gov

426.1