IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FRANCIS X. MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 04-10922-DPW |
| | ) | |
| INTERNAL REVENUE SERVICE (UNITED | ) | |
| STATES GOVERNMENT), | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

This action came on for trial before the Court, Honorable Douglas Woodlock,

District Judge, presiding, and the issues having been tried and a decision having been

duly rendered,

It is Ordered and Adjudged that the Defendant United States recover of the

Plaintiff Francis Moore the sum of $20,776.68, plus interest accruing by law pursuant to

28 U.S.C. § 1961(c)(1) from November 17, 2005.


Dated at Boston, Massachusetts, this _____ day of November, 2005.


_____
Clerk of Court

1429617.1