IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANCIS X. MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 04-10922-DPW |
| ) | |
| INTERNAL REVENUE SERVICE (UNITED ) | |
| STATES GOVERNMENT), ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

This action came on for trial before the Court, Honorable Douglas Woodlock, District Judge, presiding, and the issues having been tried and a decision having been duly rendered,

It is Ordered and Adjudged that the Defendant United States recover of the Plaintiff Francis Moore the sum of $20,776.68 including pre-judgment interest; post-judgment interest shall accrue by law pursuant to 28 U.S.C. § 1961(c)(1) from November 17, 2005.

Dated at Boston, Massachusetts, this 17th day of November, 2005.

/s/ Michelle Rynne
Clerk of Court

1429617.1