Mr. Francis X. Moore  
56 Story Street  
South Boston, Mass. 02127                December 8, 2005

FILED
IN CLERKS OFFICE
2005 DEC -8 A 8: 54
U.S. DISTRICT COURT
DISTRICT OF MASS.

    RE: Francis X Moore v. IRS/USA  
    Case n0. 04-10922-DPW (U.S.D.C. Mass)

To Court of Appeals:

   In re: to the above case I wish to file an appeal. I do not feel that all the facts were thoroughly reviewed, especially the information received from the Internal Revenue Service through the Freedom of Information Act.

*Francis X. Moore* (signature)  
Francis X. Moore

\# 08743  
$ 255.00  
FPM  
12/8/05