# United States Court of Appeals
## For the First Circuit

No. 06-1193
D.C. No. 04-10922

FRANCIS X. MOORE

Plaintiff - Appellant

v.

INTERNAL REVENUE SERVICE (UNITED STATES GOVERNMENT)

Defendant - Appellee

---

TAXATION OF COSTS

---

**Entered: March 12, 2007**

Costs in favor of Appellee Internal Revenue Service are taxed as follows:

| | |
|---|---|
| Reproduction of Appellee's Brief: | $ <u>50.60</u> |
| Reproduction of Appellee's Appendix: | $ <u>119.00</u> |
| **TOTAL:** | **$ 169.60** |

Pursuant to Fed. R. App. P. 39 (d)(3), the district court is directed to add this taxation of costs to the mandate issued on January 29, 2007.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: *[signature]* Date: 3/13/07

By the Court:
Richard Cushing Donovan, Clerk

**AMY B. LEDERER**
By: _____
Appeals Attorney

[Certified copy: Ms. Sarah A. Thornton, Clerk of the United States District Court of Massachusetts]

[cc: Francis X. Moore, Elizabeth L. Davis, Esq., Lydia Bottome Turanchik, Esq., Karen G. Gregory, Esq., Jonathan S. Cohen, Esq., John A. Nolet, Esq.]